Ellen Perry and John F. McDonald, as Committee, etc., of Sarah A. Davis, an

Incompetent Person, Appellants, v. Mary J. McDaniel, Respondent, Impleaded with Joseph Rivlin and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.